IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ELIZABETH HOFFMAN, | |
| Plaintiff, | NO. 3:15-CV-00830 |
| v. | (JUDGE CAPUTO) |
| WAL-MART STORES EAST, et al., | (MAGISTRATE JUDGE MEHALCHICK) |
| Defendants. | |

## ORDER

NOW, this 23rd day of February, 2016, upon review of the Report and Recommendation of Magistrate Judge Mehalchick (Doc. 45) for plain error or manifest injustice, **IT IS HEREBY ORDERED** that:

(1) The Report and Recommendation (Doc. 45) is **ADOPTED in its entirety**.

(2) Defendants' motion to dismiss Plaintiffs' amended complaint (Doc. 27) is **DENIED**.

(3) Defendants are directed to answer Plaintiff's amended complaint (Doc. 26) and shall do so within twenty-one (21) days from the date of this Order.

(3) The matter is **RECOMMITTED** to Magistrate Judge Mehalchick for further proceedings.

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge